# Order

Michigan Supreme Court
Lansing, Michigan

April 17, 2020

160676

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN WHITE, JR.,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160676
COA: 346661
Livingston CC: 18-025036-FH

On order of the Court, the application for leave to appeal the September 12, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for consideration of the issues raised by the prosecutor, but not addressed by that court in its initial review of this case. Contrary to the determinations of the trial court and the Court of Appeals, there is no record evidence that the defendant knew that the person to whom he delivered the controlled substance had moved from Macomb County to Livingston County and that the controlled substance would be consumed in Livingston County. Thus, the record does not support the Court of Appeals' holding that the defendant intended the felony or acts done in perpetration of felony to have an effect in Livingston County. See MCL 762.8; *People v McBurrows*, 504 Mich 308 (2019).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2020



Clerk

s0414